UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE RILEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 15-cv-05054-JD<br><br>**ORDER TO SHOW CAUSE** |

At 1:30 p.m. this afternoon, Wednesday, February 3, 2016, the Court called this case for a case management conference. Counsel for plaintiff did not appear.

This absence was unexcused and unexpected.

Plaintiff's lead counsel, Daniel Rafii, is ordered to show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for his failure to appear at a noticed case management conference in this matter. Mr. Rafii's response to this order is due by 5:00 p.m. on Friday, February 5, 2016.

**IT IS SO ORDERED.**

Dated: February 3, 2016

JAMES DONATO
United States District Judge